GREGORY A. BROWER
United States Attorney
District of Nevada
L. ERIC JOHNSON
Chief, Organized Crime Strike Force
J. Gregory Damm
Assistant United States Attorney
Organized Crime Strike Force
333 Las Vegas Blvd. South, Suite 5037
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6418

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER VON BERGENDORFF,<br><br>Defendant. | CRIMINAL INDICTMENT<br><br>2:08-CR-_///_<br><br>VIOLATIONS:<br><br>18 U.S.C. § 175(b) - Possession of Biological Toxin<br><br>26 U.S.C. § 5861(d) - Possession of Unregistered Firearms<br><br>26 U.S.C. § 5861(i) - Possession of Firearms Not Identified by Serial Number |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
Possession of Biological Toxin

On or about February 14, 2008, in the State and Federal District of Nevada, the defendant,

**ROGER VON BERGENDORFF,**

knowingly possessed a biological agent and toxin, to wit: ricin, of a type and quantity that, under the circumstances, was not reasonably justified by a prophylactic, protective, bona fide

1  research, or other peaceful purpose, in violation of Title 18, United States Code, Section
2  175(b).

### COUNT TWO
Possession of Unregistered Firearms

On or about February 14, 2008, in the State and Federal District of Nevada, the defendant,

**ROGER VON BERGENDORFF,**

knowingly possessed firearms, that is, two (2) silencers, as defined in Title 26, United States Code, Section 5845(a)(7), which firearms were not registered to him in the National Firearms Registration and Transfer Record (NFRTR) as required by Title 26, United States Code, Section 5841, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

### COUNT THREE
Possession of Firearms Not Identified by Serial Number

On or about February 14, 2008, in the State and Federal District of Nevada, the defendant,

**ROGER VON BERGENDORFF,**

knowingly received and possessed firearms, that is, two (2) silencers, not identified by serial numbers as required by chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5861(i) and 5871.

20  . . .
21  . . .
22  . . .
23  . . .
24  . . .
25  . . .
26  . . .

## FORFEITURE ALLEGATION

As a result of the foregoing offense, the defendant shall forfeit to the United States all firearms and ammunition involved in the commission of the violations of Title 26, United States Code, Sections 5861(d), 5861(i) and 5871, alleged in this Indictment, including but not limited to the following:

1. a Browning, Buck Mark, .22 caliber semiautomatic pistol with attached silencer; and

2. an apparent .22 caliber detached silencer, with no serial number.

All in violation of Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, Title 26, United States Code, Sections 5861(d); 5861(i) and 5871, and Title 28 United States Code, Section 2461(c).

**DATED**: this 22nd day of April 2008.

**A TRUE BILL:**

/s/
FOREPERSON OF THE GRAND JURY

GREGORY A. BROWER
United States Attorney

J. GREGORY DAMM
Assistant United States Attorney